IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| 10TALES, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 6:20-cv-810-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| TIKTOK INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT CASE READINESS STATUS REPORT

Plaintiff 10Tales, Inc. and Defendant, TikTok Inc., hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on September 2, 2020. One Motion for Extension of Time to File Answer was filed by Defendant on September 15, 2020, and said Motion was granted, extending Defendant's time to answer or otherwise respond to November 9, 2020. A second Motion for Extension of Time to File was filed by Defendant on November 5, 2020, and said Motion was granted, extending Defendant's time to answer or otherwise respond to November 19, 2020. On December 3, 2020, Plaintiff filed a Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Under Federal Rules 12(b)(3) and 12(b)(6) or, in the Alternative, Transfer Under 28 U.S.C. § 1404, and said Motion was granted, extending the deadline to December 18, 2020.

## RESPONSE TO THE COMPLAINT

Defendant responded to the Complaint on November 19, 2020, filing a sealed Motion to Dismiss Under Federal Rules 12(b)(3) and 12(b)(6) or, in the Alternative, Transfer Under 28 U.S.C. §1404.

## PENDING MOTIONS

Defendant's Motion to Dismiss Under Federal Rules 12(b)(3) and 12(b)(6) or, in the Alternative, Transfer Under 28 U.S.C. §1404 remains pending before the Court at this time.

## RELATED CASES IN THIS JUDICIAL DISTRICT

No related cases are identified in this judicial district.

## IPR, CBM, AND OTHER PGR FILINGS

There are no IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted a total of 1 claim from U.S. Patent No. 8,856,030.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties do not request a technical advisor to be appointed to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer on November 25, 2020. The parties identified the following pre-Markman issues to raise at the CMC:

- The parties are working toward an agreed upon tentative schedule for venue/jurisdictional discovery.

- Defendant requests that the venue/jurisdictional discovery and briefing schedule include staying all other substantive deadlines, including deadlines related to claim

construction, until the Court rules on Defendant's motion to dismiss for improper venue under Rule 12(b)(3), motion to dismiss for failure to state a claim upon which relief may be granted under Rule 12(b)(6), and the motion to transfer for *forum non-conveniens* under 28 U.S.C. § 1404. *See In re Apple Inc.,* No. 2020-135, 2020 WL 6554063, *6-8 (Fed. Cir. Nov. 9, 2020 ("Although district courts have discretion as to how to handle their dockets, once a party files a transfer motion, disposing of that motion should unquestionably take top priority.") (*citing In re Nintendo Co.*, 544 F. App'x 934, 941 (Fed. Cir. 2013) (explaining that "a trial court must first address whether it is a proper and convenient venue before addressing any substantive portion of the case")).

- Plaintiff has requested that Defendant provide a date certain when it will produce its source code.

- Defendant contends that producing highly proprietary source code, prior to the opening of post-claim construction discovery, is not warranted in this case at least because the request is premature, Plaintiff has failed to state a claim upon which relief can be granted, and Plaintiff has failed to allege that source code is necessary to identify limitations in the accused instrumentality.

Dated:  December 4, 2020

Respectfully submitted,

  /s/ *William E Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas  75601
Telephone:  (903) 230-9090
Facsimile:  (903) 230-9661

Barry P. Golob (*pro hac vice*)
bgolob@cozen.com
Kerry B. McTigue (*pro hac vice* to be filed)
kmctigue@cozen.com
Thomas J. Fisher (*pro hac vice*)
tfisher@cozen.com
Aaron Lukas (*pro hac vice* to be filed)
alukas@cozen.com
COZEN O'CONNOR
1200 Nineteenth Street, NW
Washington, D.C.  20036
Telephone:  (202) 912-4800
Facsimile:  (202) 861-1905

*Attorneys for Plaintiff 10Tales Inc.*


Stephen S. Korniczky (admitted pro hac vice)
Martin R. Bader (admitted pro hac vice)
Ericka J. Schulz (admitted pro hac vice)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, CA. 92130
T: 858.720.8900
F: 858.509.3691
skorniczky@sheppardmullin.com
mbader@sheppardmullin.com
eschulz@sheppardmullin.com

        Jason Mueller (State Bar No. 24047571)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 24th Floor
Dallas, TX 75201
T: 469.391.7402
F: 469.391.7550
jmueller@sheppardmullin.com

*Attorneys for Defendant TikTok Inc.*