# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| 10TALES, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 6:20-cv-00810-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| TIKTOK, INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF THE MOTION TO TRANSFER VENUE

Defendants' Motion to Stay Pending Resolution of the Motion to Transfer Venue, together with Plaintiff's Opposition in Response to the Motion to Stay having been considered

It is therefore ORDERED that Defendants' Motion to Stay Pending Resolution of the Motion to Transfer Venue is **DENIED.** A hearing on the Motion to Transfer Venue will be set for May 4, 2021 to promote its speedy resolution.

**SO ORDERED.**

Dated: March 8, 2021.

The Honorable Alan D. Albright
United States District Judge