# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| 10TALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC. <br><br> Defendant. | CIVIL ACTION NO. 6:20-CV-810-ADA |

## STATUS REPORT REGARDING MOTION FOR INTER-DISTRICT TRANSFER

Pursuant to the Court's March 23, 2021 Standing Order Regarding Motion for Inter-District Transfer, Defendants TikTok, Inc., TikTok Pte. Ltd., ByteDance Ltd., and ByteDance Inc. ("Defendants") hereby provide this status report six weeks in advance of the Markman hearing currently scheduled for June 4, 2021 at 1:30 PM. Dkt. 41, 3.

Defendant TikTok, Inc. filed its motion for Inter-District Transfer on November 20, 2020. Dkt. 24. TikTok Pte. Ltd., ByteDance Ltd., and ByteDance Inc. joined the Motion on January 28, 2021. Dkt. 46. 10Tales, Inc.'s Opposition was filed on April 20, 2021. Dkt. 71. Defendants' Reply is currently due on April 28, 2021.

As of the filing of this Status Report, the Motion is not fully briefed. As such, the Motion is not yet ready for resolution. The Motion will be fully briefed and ready for resolution after Defendants file their Reply brief.

Hearing on the Motion is currently scheduled for May 6, 2021, at 9:30 AM. Dkt. 72.

Dated:  April 23, 2021

By: /s/ Ericka J. Schulz
Stephen S. Korniczky *(admitted pro hac vice)*
Martin R. Bader *(admitted pro hac vice)*
Ericka J. Schulz *(admitted pro hac vice)*
James Young Hurt, *admitted* (CA Bar No. 312390)
Eric K. Gill (*pro hac vice pending*)
Michael J. Hopkins (*pro hac vice pending*)
Krysti Papadopoulos (*pro hac vice pending*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA. 92130
T: 858.720.8900
skorniczky@sheppardmullin.com
mbader@sheppardmullin.com
eschulz@sheppardmullin.com
jhurt@sheppardmullin.com
egill@sheppardmullin.com
mhopkins@sheppardmullin.com
kpapadopoulos@sheppardmullin.com

Jason Mueller (State Bar No. 24047571)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 24th Floor
Dallas, TX 75201
T: 469.391.7402
jmueller@sheppardmullin.com

*Attorneys for TikTok Inc., TikTok Pte Ltd., ByteDance Ltd. and ByteDance Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on April 23, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).

*/s/ Erica J. Schulz*
Ericka J. Schulz